UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Farah Noerand,<br><br>      Plaintiff,<br><br>v.<br><br>Elisabeth DeVos, *in her official capacity as Secretary of the United States Department of Education,* and the United States Department of Education,<br><br>      Defendant | Civil Action No. 20-11271-LTS |

## NOTICE OF APPEAL

Notice is hereby given that Elisabeth P. DeVos, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education (the defendants in the above-captioned case) hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Sorokin, J.) July 24, 2020, "*Order on Motion for Preliminary Injunction*" (Doc. No. 16).

              Respectfully submitted,

              Elisabeth DeVos, in her official capacity as Secretary of Education, and the United States Department of Education

              By their attorney,

              Andrew E. Lelling
              United States Attorney

              */s/ Annapurna Balakrishna*
              Annapurna Balakrishna
              Assistant United States Attorney
              United States Attorney's Office
              One Courthouse Way, Suite 9200
              Boston, Massachusetts 02210
              Tel.: 617-748-3111
              Email: annapurna.balakrishna@usdoj.gov

2

## Certificate of Service

    I certify that I caused a copy of this document to be sent via first class mail to Iris Gomez, Esq., who does not receive notices through the ECF system.

                                                       By:    */s/ Annapurna Balakrishna*
                                                                            Annapurna Balakrishna
                                                                            Assistant United States Attorney