**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Noerand v. Devos et al

District Court Number: 20cv11271-LTS

Fee: Paid? Yes ____ No ____ Government filer _X_ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_    Sealed documents Yes ____ No _X_
*If yes, document #* _____    *If yes, document #* _____

*Ex parte* documents Yes ____ No _X_    Transcripts Yes ____ No _X_
*If yes, document #* _____    *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent _X_ Other: ____

Appeal from:

#16 Order on Motion for Preliminary Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#16 and #30

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __30__ filed on __September 22, 2020__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __September 23, 2020__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**