# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and PHIL ROSENFELT, in his official capacity as Acting Secretary of the United States Department of Education,[1]<br><br>*Defendants*. | Civil Action No. 1:20-cv-11600-LTS |
| FARAH NOERAND,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and PHILIP ROSENFELT, in his official capacity as Acting Secretary of the United States Department of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11271-LTS |

**Government's Assented-To Motion to Hold Cases in Abeyance for 60 Days**

On January 20, 2021, new leadership assumed responsibility for the United States Department of Education  To afford these officials sufficient time to become familiar with the

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Philip Rosenfelt is substituted for Betsy DeVos.

issues in these cases, Defendants request a sixty day extension of the January 27, 2021, deadline to file the parties' joint report regarding the schedule for the cases on or before March 26, 2021.

Counsel for the plaintiffs have assented to this motion.

Respectfully submitted,

Andrew E. Lelling
United States Attorney

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna (Bar Roll No. 655051)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210
Telephone: 617-748-3111
annapurna.balakrishna@usdoj.gov

## Rule 7.1 Certification

I certify that I conferred with counsel before filing this motion.

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney