UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education,[1]<br><br>*Defendants*. | Civil Action No. 1:20-cv-11600-LTS |
| FARAH NOERAND,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and MIGUEL CARDONA, in his official capacity as Secretary of the United States Department of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11271-LTS |

**Government's Assented-To Motion to Hold Cases in Abeyance for 60 Days**

On January 20, 2021, new leadership assumed responsibility for the United States Department of Education. The officials are working to become familiar with the issues in these cases and are continuing to consider what actions they intend to take regarding these two cases.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Miguel Cardona is substituted for Philip Rosenfelt.

For such reasons, Defendants respectfully request a sixty-day extension of the March 26, 2021, to file the parties' joint report regarding the schedule for the cases on or before May 25, 2021.

This is the second extension sought by Defendants in this case. Counsel for Plaintiffs have assented to this motion.

                Respectfully submitted,

                Nathaniel R. Mendell
                Acting United States Attorney

                */s/ Annapurna Balakrishna*
                Annapurna Balakrishna (Bar Roll No. 655051)
                Assistant United States Attorney
                United States Attorney's Office
                1 Courthouse Way – Suite 9200
                Boston, MA 02210
                Telephone: 617-748-3111
                annapurna.balakrishna@usdoj.gov

## **Rule 7.1 Certification**

I certify that I conferred with counsel before filing this motion.

                */s/ Annapurna Balakrishna*
                Annapurna Balakrishna
                Assistant United States Attorney