# United States Court of Appeals
## For the First Circuit

---

No. 20-1924

FARAH NOERAND,

Plaintiff - Appellee,

v.

MIGUEL ANGEL CARDONA, in his official capacity as Secretary of the United States Department of Education; THE UNITED STATES DEPARTMENT OF EDUCATION,

Defendants - Appellants.

---

**JUDGMENT**

Entered: May 20, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Maria R. Hamilton, Clerk

cc:
Iris Gomez
Dean Richlin
Deirdre Marie Giblin
Jeremy Wilson Meisinger
Donald Campbell Lockhart
Annapurna Balakrishna
Alisa Beth Klein
Michael Shih