UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and MIGUEL CARDONA in his official capacity as Secretary of the United States Department of Education,[1]<br><br>*Defendants*. | Civil Action No. 1:20-cv-11600-LTS |
| FARAH NOERAND,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and MIGUEL CARDONA in his official capacity as Secretary of the United States Department of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11271-LTS |

**Joint Motion for an Extension of Time to June 16, 2020, to File Status Report**

The parties in the above-captioned cases respectfully request a short extension of time—to June 16, 2021—to file a status report in the above captioned matters. As grounds therefore, the parties state that they are negotiating a stipulation of dismissal.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Miguel Cardona is substituted for Betsy DeVos.

Respectfully submitted,

Nathaniel R. Mendell
Acting United States Attorney


/s/ *Annapurna Balakrishna*
Annapurna Balakrishna (Bar Roll No. 655051)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210
Telephone: 617-748-3111
annapurna.balakrishna@usdoj.gov


MAURA HEALEY
Attorney General
Commonwealth of Massachusetts

/s/ *Abigail B. Taylor*
Abigail B. Taylor
Jonathan Burke
Abrisham Eshghi
David Ureña
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
Tel. (617) 727-2200
abigail.taylor@mass.gov
jonathan.burke@mass.gov
abrisham.eshghi@mass.gov
david.urena@mass.gov

FARAH NOERAND

By her attorneys,

/s/ *Rachel C. Hutchinson*
Dean Richlin (Bar Roll No. 419200)
Jeremy W. Meisinger (Bar Roll No. 688283)
Rachel C. Hutchinson (Bar Roll No. 696739)
FOLEY HOAG LLP
155 Seaport Boulevard

2

Boston, Massachusetts 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

Iris Gomez (Bar Roll No. 201000)
Deirdre M. Giblin (Bar Roll No. 566547)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 800
Boston, MA 02108